No. 509. Seaboard Air Line Railway, Plaintiff in Error, *v.* Ella M. Thornton, as Administratrix, etc. In error to the Supreme Court of the State of South Carolina. Argued February 24, 1915. Decided March 1, 1915. *Per Curiam.* Judgment reversed with costs, and cause remanded for further proceedings upon the authority of *Seaboard Air Line* v. *Horton*, 233 U. S. 492. *Mr. J. J. Darlington* for the plaintiff in error. *Mr. William N. Graydon* for the defendant in error.